UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 97-161(2) RHK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **FINAL ORDER IN GARNISHMENT** |
| | ) |
| ELTON JAMES MASSEY, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| COMMAND CENTER, | ) |
| | ) |
| Garnishee. | ) |

The parties stipulated to a garnishment of $200 per month. A copy of the Stipulation for Final Order in Garnishment is on file with the Clerk of Court. Defendant has waived his right to a hearing as to this garnishment action.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $200 per month of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Clerk of Court" monthly in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff as they become due and owing.

Dated: 9/1/06

                                                s/Richard H. Kyle
                                                Judge
                                                United States District Court